1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

11 | DOROTHY KAGAN,                        ) Case No. CV 10-3710 PSG(JC)
                                          )
12 |              Petitioner,             ) (PROPOSED)
                                          )
13 |        v.                            ) ORDER ADOPTING FINDINGS,
                                          ) CONCLUSIONS, AND
14 | APPELLATE DIVISION OF                ) RECOMMENDATIONS OF UNITED
   | SUPERIOR COURT OF LOS                ) STATES MAGISTRATE JUDGE
15 | ANGELES,                             )
                                          )
16 |              Respondent.             )
   | _____

17

18

19        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of

20  Habeas Corpus (the "Petition"), all of the records herein, and the attached Report

21  and Recommendation of United States Magistrate Judge.  The Court approves and

22  adopts the United States Magistrate Judge's Report and Recommendation.

23        IT IS ORDERED that Judgment be entered denying the Petition and

24  dismissing this action without prejudice.

25  ///

26  ///

27  ///

28  ///

1      IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

2 United States Magistrate Judge's Report and Recommendation, and the Judgment

3 herein on petitioner and on any counsel for respondent.

4      LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6 DATED: _____June 28, 2010_____

7

8 _____

     HONORABLE PHILIP S. GUTIERREZ

9      UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28