UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY KAGAN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>APPELLATE DIVISION OF SUPERIOR COURT OF LOS ANGELES,<br><br>　　　　　Respondent. | Case No. CV 10-3710 PSG(JC)<br><br>(PROPOSED)<br><br>JUDGMENT |

　　Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed without prejudice.

　　DATED: ____June 28, 2010_____

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HONORABLE PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE